1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

RONALD L. BASKETT,

11                    Plaintiff,

12            v.                                    Case No. C05-5543FDB

13     JEAN GLEE STRICTLAND,                         ORDER DENYING MOTION TO
                                                     ADD CLAIM
14                    Defendant.

15           The Order Adopting the Report and Recommendation was signed on January 13, 2006, and

16    on that date Plaintiff submitted for filing a document entitled "Motion To Add/Supplement Claim.

17    Plaintiff filed Notice of Appeal on January 20, 2005, and the Ninth Circuit Court of Appeals has

18    issued its briefing schedule.  At this stage of the proceedings, Plaintiff's motion must be denied.

19           ACCORDINGLY, IT IS ORDERED: Plaintiff Baskett's Motion To Add/Supplement Claim

20    [Dkt. # 15] is DENIED.

21           DATED this 2nd day of March, 2006.

22

23

24    FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE
25

26    ORDER - 1